IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chelsea Culver and Ben Smith,                              Case No. 3:23-cv-02454-JGC

        Plaintiffs,

    v.                                                                               **ORDER**

Melissa Churchill and Donald Zeiters,

        Defendants.

    Pending in this case is a pleading captioned, "Article II Rule 201 Notice of Adjudicative Facts." (Doc. 11). The Plaintiffs are pro se, as are the Defendants. There has been no response from the Defendants *sua sponte*.

    This suit arises from a dispute between Plaintiffs and their former landlady. (*See* Doc. 7 (holding that this Court lacked jurisdiction)).

    That holding, of course, remains so. The current pleading, to the extent that it is comprehensible, claims that I must take judicial notice under Federal Rule of Evidence 201 of my alleged bias and misconduct.

    Plaintiffs fail to cite to specific instances in the record which reflect bias or other impropriety on my part. I dismiss their pleading on those grounds.

    In addition, there are other, more appropriate avenues available to disgruntled litigants who believe that a judicial officer should have recused himself. Those avenues, not a meaningless and futile pleading such as that which Plaintiffs have filed, are the proper route to take when alleging judicial misconduct by a federal judge.

From its inception, this case had no merit. By their subsequent pleadings, Plaintiffs have shown that they are vexatious filers. That being so, the Clerk shall decline to file any further pleadings that Plaintiffs may submit in this case.

For the foregoing reasons, it is ORDERED THAT:

1. Plaintiffs' instant pleading (Doc. 11) be, and the same hereby is, denied and dismissed with prejudice; and

2. Based on my finding that Plaintiffs are vexatious filers, the Clerk shall decline to accept any further Plaintiffs' filings in this case for filing.

SO ORDERED.

DATE: 10/18/2024

/s/ James G. Carr

Sr. U.S. District Judge